**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 17, 2009, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: November 17, 2009**

**Arthur I. Harris
United States Bankruptcy Judge**

_____

200945440
(baz)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-18060 |
| MARK NUGENT | Chapter 13 |
| CANDICE NUGENT | Judge Harris |
| Debtors | |
| | **AGREED ORDER RESOLVING OBJECTION TO DEBTORS' PLAN BY U.S. BANK HOME MORTGAGE (PROPERTY ADDRESS: 14122-14126 VIOLA AVENUE CLEVELAND, OH 44111)** |

This matter having come before the Court upon the Objection to Debtors' Plan (hereinafter "Objection") by the secured creditor, U.S. Bank Home Mortgage ("Creditor"); and it appearing to the Court that the parties have agreed to a course of action which will otherwise resolve the Objection; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of facts and issues the following Order with respect thereto:

1. The parties hereby agree that Special Provision A contained in Debtors' Plan which provides for the exclusion of costs associated with foreclosure in Creditor's Proof of Claim. does not apply to U.S. Bank Home Mortgage.

2. Plan confirmation is subject to the terms and conditions stated herein.

###

SUBMITTED BY:                                          APPROVED BY:


/s/ Erin A. Jochim, Case Attorney                      /s/ Robert J. Berk, Case Attorney
LERNER, SAMPSON & ROTHFUSS                             Ohio Supreme Court #0001031
Ohio Supreme Court #0077062                            75 Public Square
Romi T. Fox, Attorney                                  #1425
Ohio Supreme Court #0037l74                            Cleveland, Ohio  44113
A Legal Professional Assoc.                            (216) 241-3880
P.O. Box 5480                                          bobberklex@aol.com
Cincinnati, Ohio  45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com


Attorneys for Creditor,                                Attorney for Debtors,
U.S. Bank Home Mortgage                                Mark and Candice Nugent

Copies to:

Mark Nugent
5968 Emerald Street
North Ridgeville, OH 44039

Candice Nugent
5968 Emerald Street
North Ridgeville, OH 44039

Robert J Berk, Esq.
75 Public Sq, #1425
Cleveland, OH 44113-2001

Craig H. Shopneck, Trustee
Chapter 13 Trustee BP Tower
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Erin A. Jochim, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480